TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorney
Chief, Orange County Office
     411 W. 4th Street, Suite 8000
     Santa Ana, CA 92701
     Telephone: (714) 338-3591
     Email: mark.takla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DANIEL JOSEPH SMITH,<br><br>        Defendant. | No. 2:18-cr-00077-DOC<br><br>ORDER DISMISSING VIOLATION PETITION |

The Court has considered the government's motion to dismiss the violation petition dated January 27, 2026 against defendant.

IT IS HEREBY ORDERED that the violation petition be dismissed as to defendant DANIEL JOSEPH SMITH without prejudice and that defendant be released if in custody solely on this charge, or if not, that bond, if any, be exonerated on this charge

IT IS SO ORDERED.

February 27, 2026
_____
DATE

_David O. Carter_

THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

**cc: USPPO, USMS**